**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eusebio BERNARDO–FERNANDO,
Defendant–Appellant.**

**No. 11–14622
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 15, 2012.

Linda Julin McNamara, Stacie B. Harris, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Robert Godfrey, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before JORDAN, HILL and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Eusebio Bernardo–Fernando in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Bernardo–Fernando's conviction and sentence are **AFFIRMED.**